

U.S. Department of Homeland Security
U.S. Citizenship and Immigration Services
*National Records Center*
P.O. Box 648010
Lee's Summit, MO 64064-8010

**U.S. Citizenship and Immigration Services**

NRC2021092780

**EXHIBIT A**

January 12, 2022

Kelly Hewitt
Hoppock Law Firm LLC
PO Box 3886
Shawnee, KS 66203

Dear Kelly Hewitt:

Re: Inadvertent Disclosure of FOIA-Exempt Records

U.S. Citizenship and Immigration Services (USCIS) inadvertently released personally identifiable information of third parties and/or law enforcement sensitive information to you in response to your request for records through the Freedom of Information Act (FOIA) or Privacy Act (request number NRC2021092780). This information is subject to protections afforded by the FOIA and/or the Privacy Act. Inadvertent or improper disclosure of such information by an agency does not waive the protection of those interests. Improper use of this information could result in harm to the individuals whose information was mistakenly sent to you.

We request that you return, sequester, or destroy these records, and refrain from using or disclosing the contents of the records. Please note that any further use or disclosure of the information contained in these records could impede or interfere with law enforcement activities and violate the privacy rights and interests of the people whose information is contained in the records. Further, should you perpetuate the use or disclosure of any of this information, you may endanger the persons to whom the information pertains or interfere with ongoing criminal investigations. We request that you refrain from sharing or publishing the documents you received and inform us immediately if any sharing or publication of the above documents may have already occurred.

Please confirm that you have returned, destroyed, or sequestered all copies of the record and provide us with a list of any disclosures that you have made by Tuesday, January 18, 2022. You may provide this confirmation and list of disclosures by email to USCIS.FOIA@uscis.dhs.gov or by mail to USCIS, ATTN: NRC FOIA CRT, 150 Space Center Loop, Lee's Summit, MO 64064-2140.

If you have any questions, please call the USCIS Contact Center at 800-375-5283 (TTY 800-767-1833) or email us at USCIS.FOIA@uscis.dhs.gov.

Sincerely,

*Cynthia Munita*
Cynthia Munita
Director, FOIA Operations