# UNITED STATES DISTRICT COURT
for the
Western District of Missouri

| | | |
|---|---|---|
| Hoppock Law Firm, LLC | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 22-62 (GAF) |
| Munita | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs

Date: 01/31/2022

*Attorney's signature*

Kelly McClanahan
*Printed name and bar number*

National Security Counselors
4702 Levada Terrace
Rockville, MD  20853
*Address*

kel@nationalsecuritylaw.org
*E-mail address*

(301) 728-5908
*Telephone number*

(240) 681-2189
*FAX number*