# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| HOPPOCK LAW FIRM, LLC, *et al.*, | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No. 4:22-cv-00062 (GAF) |
| CYNTHIA MUNITA, *et al.*, | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## PLAINTIFFS' *NUNC PRO TUNC* MOTION FOR ENLARGEMENT OF TIME WITHIN WHICH TO SERVE DEFENDANTS

NOW COME Plaintiffs Hoppock Law Firm, LLC, and Kelly Hewitt to respectfully move the Court under Federal Rule of Civil Procedure 4(m) for a 30-day extension of time within which to complete service of process on Defendants. Plaintiffs' service deadline is currently 28 April 2022, and this Motion would extend that deadline until 28 May 2022.

Plaintiffs have good cause to request this relief. Plaintiffs will be filing an amended complaint as a matter of course pursuant to Federal Rule of Civil Procedure 15(a)(1). Plaintiffs' undersigned attorney Kel McClanahan was awaiting the publication of an opinion resolving a comparable dispute in another federal district court, which he had been given reason to expect earlier last month but which was not issued until 26 April, and of which he did not become aware until 2 May. Given that the structure of the amended complaint would rely on the outcome of the other case, Plaintiffs maintain that this was a reasonable decision. Mr. McClanahan apologizes for filing this Motion after the 28 April deadline has passed, but he and his family were ill for most of last week and the deadline escaped his notice. Plaintiffs maintain that serving a complaint that the plaintiffs already intend to amend would unnecessarily complicate the case

and would not serve judicial economy, and so they ask for an additional month to allow for the filing and service of the amended complaint.

Defendants have not been contacted regarding this Motion because they have not yet been served.

Date: May 2, 2022

Respectfully submitted,

 /s/ Matthew Hoppock
Matthew Hoppock, Esq.
MO Bar #23854
Hoppock Law Firm, LLC
5949 Nieman Road
Shawnee, KS 66203
913-267-5511
Matthew@HoppockLawFirm.com

 /s/ Kelly B. McClanahan
Kelly B. McClanahan, Esq.
*Pro hac vice*
D.C. Bar #984704
National Security Counselors
4702 Levada Terrace
Rockville, MD 20853
301-728-5908
240-681-2189 fax
Kel@NationalSecurityLaw.org

*Counsel for Plaintiffs*