IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| HOPPOCK LAW FIRM LLC and KELLY HEWITT, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) ) ) |
| UNITED STATES CITIZENSHIP & IMMIGRATION SERVICES, et al., | ) ) ) |
| Defendants. | ) ) |

Case No. 22-00062-CV-W-GAF

## ORDER TO SHOW CAUSE

On August 10, 2022, Defendants United States Citizenship & Immigration Services, the Honorable Alejandro Mayorkas, and Department of Homeland Security (collectively "Defendants") filed its Motion to Dismiss for Lack of Subject Matter Jurisdiction. (Doc. # 14). Suggestions in opposition or response was due by August 24, 2022. (*Id.*). To date, no response has been filed. Accordingly, it is

ORDERED that, on or before September 1, 2022, Plaintiffs Hoppock Law Firm LLC and Kelly Hewitt show cause why Defendants' Motion to Dismiss should not be granted or otherwise respond to the Motion. Failure to do so will result in the Court granting Defendants' Motion and dismissal of the case.

s/ Gary A. Fenner
GARY A. FENNER, JUDGE
UNITED STATES DISTRICT COURT

DATED: August 25, 2022