UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| HOPPOCK LAW FIRM, LLC, *et al.*, | |
| Plaintiffs, | |
| v. | Civil Action No. 4:22-cv-00062 (GAF) |
| ALEJANDRO MAYORKAS, *et al.*, | |
| Defendants. | |

## PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL[1]

In light of the new information provided in Defendants recent filings, Plaintiffs Hoppock Law Firm, LLC, and Kelly Hewitt hereby elect not to meaningfully contest Defendants' Motion to Dismiss. Defendants' representations that the letter in question was nothing more than a request for voluntary cooperation and that there is nothing Defendants could possibly do to punish noncompliance have alleviated Plaintiffs' objectively reasonable concerns, and so, without conceding the validity of Defendants' legal arguments, Plaintiffs elect to voluntarily dismiss this case rather than further burden the Court with this dispute.[2]

Plaintiffs expect to enter into negotiations with Defendants in the near future regarding costs and attorneys' fees. Should the parties be unable to reach an agreement regarding fees, Plaintiffs will file an appropriate fee petition with the Court.

---

[1] Plaintiffs' undersigned counsel Kel McClanahan sincerely apologizes to the Court for filing this response out of time. He misconstrued the Local Rules to allow him 21 days to respond to Defendants' motion, and only belatedly realized that that period only applies to summary judgment motions, not to all dispositive motions.

[2] Plaintiffs do, however, request that the Court dismiss this case *without prejudice*, so that if Defendants do later attempt to take some punitive action against Plaintiffs, they can petition this Court for relief.

Date: August 31, 2022

Respectfully submitted,

 /s/ Matthew Hoppock
Matthew Hoppock, Esq.
MO Bar #23854
Hoppock Law Firm, LLC
5949 Nieman Road
Shawnee, KS 66203
913-267-5511
Matthew@HoppockLawFirm.com

 /s/ Kelly B. McClanahan
Kelly B. McClanahan, Esq.
*Pro hac vice*
D.C. Bar #984704
National Security Counselors
4702 Levada Terrace
Rockville, MD 20853
301-728-5908
240-681-2189 fax
Kel@NationalSecurityLaw.org

*Counsel for Plaintiffs*

2