UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| HOPPOCK LAW FIRM, LLC, *et al.*, | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No. 4:22-cv-00062 (GAF) |
| ALEJANDRO MAYORKAS, *et al.*, | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**PLAINTIFFS'** ***NUNC PRO TUNC*** **MOTION FOR ENLARGEMENT OF TIME WITHIN WHICH TO FILE FEE PETITION AND BILL OF COSTS**

NOW COME Plaintiffs Hoppock Law Firm, LLC, and Kelly Hewitt to respectfully move the Court under Federal Rule of Civil Procedure 54(d) for a retroactive 49-day extension of time, until 20 October 2022, within which to file their Fee Petition and Bill of Costs. Plaintiffs' Fee Petition was due 15 September and their Bill of Costs was due 22 September.

Plaintiffs request this extension due to excusable neglect. First, Plaintiffs' undersigned counsel Kel McClanahan mistakenly conflated the due date for the Bill of Costs with the due date for the Fee Petition, and so erroneously believed that the Fee Petition was due 22 September as well. He did not realize the mistake until drafting this Motion. Second, Mr. McClanahan has been overwhelmed with an unexpected amount of work since for the month of September, including several time-sensitive matters as well as numerous late-developing logistical issues involving the class he teaches at George Washington University Law School, which have impeded his ability to evaluate his and his co-counsel's time records and propose a conscientious settlement offer to Defendants, as promised in Plaintiffs' Notice of Voluntary Dismissal, Dkt.

#18. He accordingly requests an additional month from today to allow the parties time to discuss settlement options before burdening the Court with a formal Fee Petition and Bill of Costs.

This is the first extension requested for these filings. Defendants have not responded to Mr. McClanahan's attempt to meet and confer with them regarding this Motion.

Date:   September 23, 2022

Respectfully submitted,

 /s/ Matthew Hoppock
Matthew Hoppock, Esq.
MO Bar #23854
Hoppock Law Firm, LLC
5949 Nieman Road
Shawnee, KS 66203
913-267-5511
Matthew@HoppockLawFirm.com

 /s/ Kelly B. McClanahan
Kelly B. McClanahan, Esq.
*Pro hac vice*
D.C. Bar #984704
National Security Counselors
4702 Levada Terrace
Rockville, MD 20853
301-728-5908
240-681-2189 fax
Kel@NationalSecurityLaw.org

*Counsel for Plaintiffs*